IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY PEAY,

    Petitioner,                   No. CIV S-03-0108 DFL PAN P

    vs.

A.A. LAMARQUE, Warden,

    Respondent.                ORDER

_____/

    Petitioner seeks an extension of time to file and serve objections to the April 21, 2006, findings and recommendations.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 18, 2006, motion for an extension of time is granted; and

    2. Petitioner has 30 days from the date of this order to file and serve objections to the April 21, 2006, findings and recommendations.

DATED: May 24, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

/mp
peay0108.111