IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY PEAY,

    Petitioner,        No. CIV S-03-0108 DFL PAN P

  vs.

A.A. LAMARQUE, Warden,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner has filed his second request for an extension of time to file and serve objections to the April 21, 2006 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's June 30, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the April 21, 2006 findings and recommendations. No further extensions of time will be granted.

DATED: July 18, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp; peay0108.111sec