IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY PEAY,

    Petitioner,                         No. CIV S 03-0108 DFL EFB P

    vs.

A. A. LAMARQUE, Warden,

    Respondent.                      ORDER

_____/

    Petitioner requests appointment of counsel. There is no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.

    In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    Accordingly, petitioner's August 16, 2006, request for appointment of counsel is denied.

    So ordered.

DATED: August 24, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/bb
peay0108.110