UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

<u>  PEAY  </u>  v.  <u>  LAMARQUE  </u>

DATE:   <u> October 16, 2007 </u>    CASE NO.   <u> 2:03-CV-0108-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
ADOPTING FINDINGS AND RECOMMENDATIONS**

      Petitioner Timothy Peay ("Petitioner"), a state prisoner proceeding pro se, filed the above-entitled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 21, 2006, Magistrate Judge John F. Moulds filed Findings and Recommendations (Docket 13) herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  Petitioner has filed Objections to the Magistrate's Findings and Recommendations at Docket 20.

      Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de</u> <u>novo</u> review of the relevant pleadings filed in this matter.  Having carefully reviewed the entire file, the Court finds the Magistrate's Amended Findings and Recommendations (Docket 13) to be supported by the record and by

proper analysis.  It is clear that Petitioner's surrender to the United States by Canadian authorities was unconditional and that therefore Petitioner's subsequent sentence was not in violation of the extradition treaty between Canada and the United States of America.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations (Docket 13) filed on April 21, 2006, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied.

**IT IS SO ORDERED.**